KENDALL BRILL & KLIEGER LLP
Robert N. Klieger (192962)
 *rklieger@kbkfirm.com*
10100 Santa Monica Blvd., Suite 1725
Los Angeles, California 90067
Telephone: 310.556.2700
Facsimile: 310.556.2705

Attorneys for Plaintiff
Weber-Stephen Products LLC

THE X-LAW GROUP
Filippo Marchino (256011)
 *filippo.marchino@xlawx.com*
633 W. 5th Street, 26th Floor
Los Angeles, California 90071
Telephone: 213.223-2232
Facsimile: 213.226.4691

Attorneys for Defendants
Sunday Rocks Clothing LLC and
Angela Locke

E-FILED 03/18/11
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEBER-STEPHEN PRODUCTS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUNDAY ROCKS CLOTHING LLC, a California limited liability company; and ANGELA LOCKE, an individual,<br><br>Defendants. | Case No. CV 11-02215 PSG (Ex)<br><br>[~~PROPOSED~~] CONSENT DECREE PURSUANT TO STIPULATION |

78527.1

[PROPOSED] CONSENT DECREE

This Court, having read and considered the Joint Stipulation Re Entry of Proposed Consent Decree, and good cause appearing therefor, orders that this Consent Decree shall be and is hereby entered in this action as follows:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1332, 1338, and 1367.

2. Plaintiff owns the following trademark registrations and the trademarks associated therewith: USPTO Reg. Nos. 1,466,756, 1,479,505, 1,481,520, 2,540,281, 2,540,282, and 3,834,455 (the "Weber Marks").

3. Plaintiff alleges that Defendant has made unauthorized uses of the Weber Marks or colorable imitations of the Weber Marks that are likely to cause confusion, mistake, or deception or to impair the distinctiveness of the Weber Marks.

4. Defendant and its agents, servants, employees, representatives, successors, and assigns, and all persons, firms, corporations, or other entities in active concert or participation with any of them who receive actual notice of this order, are hereby restrained and enjoined from infringing and/or diluting the Weber Marks in any manner, including by:

   a. Importing, manufacturing, distributing, advertising, selling, and/or offering for sale any apparel or other goods that picture, reproduce, copy, or use the Weber Marks or any colorable imitation of the Weber Marks that are likely to cause confusion, mistake, and deception or to impair the distinctiveness of the Weber Marks;

   b. Importing, manufacturing, distributing, advertising, selling, and/or offering for sale any marketing or other materials, including without limitation any containers, labels, signs, prints, packages, wrappers, receptacles, advertising, promotional materials, and the like, that picture, reproduce, copy, or use the Weber Marks or any colorable imitation of the

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

79153.1

1

[PROPOSED] CONSENT DECREE

Weber Marks that are likely to cause confusion, mistake, and deception or to impair the distinctiveness of the Weber Marks; and/or

    c.    Engaging in any conduct that tends falsely to represent, or is likely to confuse, mislead, or deceive members of the public to believe, that Defendant and/or their goods or services are connected with, sponsored by, approved by, or affiliated with Plaintiff.

5.    Defendant may dispose of its remaining inventory of apparel bearing claimed imitations of the Weber Marks provided that Defendant has first implemented a mutually agreed upon modification of those items so that the marks are completely obscured and are not reasonably visible to any consumer.

6.    Defendant shall withdraw all pending federal and state trademark applications that consist of or incorporate the Weber Marks or any colorable imitation of the Weber Marks that are likely to cause confusion, mistake, and deception or to impair the distinctiveness of the Weber Marks, including USPTO Serial Nos. 77/811,726 and 85/054,645, and shall refrain from hereafter seeking to register any such marks. Notwithstanding the foregoing, Defendant may request that the USPTO amend the foregoing applications to delete the kettle grill, provided, however, that if the examining attorney has not approved Defendant's request to amend within sixty (60) days following the date of this Consent Decree, Defendant shall promptly withdraw those applications.

7.    Except as provided herein, the Complaint is dismissed with prejudice, with each party to bear its own fees and costs of suit.

8.    The Court finds there is no just reason for delay in entering this Consent Decree and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, directs the immediate entry of this Consent Decree.

Kendall Brill & Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

79153.1

2

[PROPOSED] CONSENT DECREE

9. This Court shall retain jurisdiction of this matter and over the parties for the purpose of enforcing the provisions of this Consent Decree.

IT IS SO ORDERED.

Dated: 03/18/11

**PHILIP S. GUTIERREZ**
United States District Judge

Kendall Brill
& Klieger LLP
10100 Santa Monica Blvd.
Suite 1725
Los Angeles, CA 90067

79153.1

3

[PROPOSED] CONSENT DECREE